UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.206.248.234,<br><br>    Defendant. | Case Number: 3:18-cv-05156-JSC<br><br>Honorable Jacqueline Scott Corley<br><br>~~[PROPOSED]~~ ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* application for an Order extending the time within which to effectuate service on John Doe Defendant and adjourning the Initial Case Management Conference currently scheduled for November 29, 2018, and the Court, finding good cause, does hereby order as follows:

ORDER: Plaintiff's application is granted. Plaintiff shall have until ~~March~~ Feb. 19, 2019 to effectuate service of a summons and Amended Complaint on Defendant and the Initial Case Management Conference scheduled for November 29, 2018 is ~~adjourned sine die.~~ continued to 3/28/19.

SO ORDERED this __26__ day of __November__, 2018.

By: /s/ Jacqueline Scott Corley
United States Magistrate Judge
Honorable Jacqueline Scott Corley

1

~~[Proposed]~~ Order on Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for Adjournment of the Initial Case Management Conference       Case No. 3:18-cv-05156-JSC